# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-079-RLV-DCK

| | |
|---|---|
| KATHEE WOZNIAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JPMORGAN CHASE BANK, NA; ) | |
| CHASE HOME FINANCE, LLC; and ) | |
| WASHINGTON MUTUAL BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendants' "Motion For Judgment On The Pleadings" (Document No. 12). This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review of its status is appropriate.

The undersigned observes that Defendants filed a "Motion For Judgment On The Pleadings" (Document No. 12) on November 11, 2011. As such, Plaintiff's response to that motion was due on or before December 1, 2011. See Local Rule 7.1(E). To date, Plaintiff has failed to respond and the time to do so has lapsed. The Court in its discretion will allow Plaintiff an extension of time to respond to the pending motion.

**IT IS THEREFORE ORDERED** that Plaintiff shall file a response to the pending "Motion For Judgment On The Pleadings" (Document No. 12) on or before **March 23, 2012**. The Court advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek.

Signed: March 8, 2012

David C. Keesler
United States Magistrate Judge

2